IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **LELIA P. BUSH,** | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | Civil Action 07-00573-WS-B |
| | * | |
| **MICHAEL J. ASTRUE,** | * | |
| **Commissioner of** | * | |
| **Social Security,** | * | |
| | * | |
| Defendant. | * | |

## **ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made pursuant to 28 U.S.C. § 636(b)(1)(B) and dated December 17, 2007 is hereby **ADOPTED** as the opinion of this Court.

Accordingly, for good cause shown, it is **ORDERED** that Defendant's unopposed Motion and Memorandum for Entry of Judgment Pursuant to Sentence Four of 42 U.S.C. § 405(g) with Remand of the Cause to the Defendant (Doc. 6) be and hereby is **GRANTED,** and that this action is **REMANDED** to the Social Security Administration pursuant to sentence four of 42 U.S.C. § 405(g) with these instructions:

> [F]or further administrative proceeding because the Administrative Law Judge's record contains procedural errors and the evidence does not support his findings. Upon receipt of the Court's order remanding the case, the Commissioner will remand the case to a different Administrative Law Judge for a *de novo* hearing.

This remand, pursuant to sentence four of Section 405(g), makes Plaintiff a

prevailing party for purposes of the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Shalala v. Schaefer, 509 U.S. 292 (1993).

**DONE** and **ORDERED** this 22nd day of January, 2008.

s/WLLIAM H. STEELE<br>
UNITED STATES DISTRICT JUDGE